1

2

3

4

5

6

7

8

**FILED**
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

9      # IN THE UNITED STATES DISTRICT COURT

10     # FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13     MALETA ATUATASI,                         Case No. CV 15-38 MWF (MRW)

14                    Plaintiff,

15            v.                                 ORDER ACCEPTING FINDINGS
                                                 AND RECOMMENDATIONS OF
16     CITY OF LOS ANGELES,                      UNITED STATES MAGISTRATE
                                                 JUDGE
17                    Defendant.

18

19

20            Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records

21     on file, and the Report and Recommendation of the United States Magistrate

22     Judge.  Further, the Court has engaged in a de novo review of those portions of the

23     Report to which Petitioner has objected.  The Court accepts the findings and

24     recommendation of the Magistrate Judge.

25

26

27

28

1

2          IT IS ORDERED that Judgment be entered dismissing this action without

3    leave to amend.

4

5

6    DATE: June 8, 2015                        _____
                                               HON. MICHAEL W. FITZGERALD
7                                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28