JS-6

FILED
CLERK, U.S. DISTRICT COURT

6/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALETA ATUATASI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>    Defendant. | Case No. CV 15-38 MWF (MRW)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed without leave to amend.

DATE: June 8, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE